FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

06 MAR 13 PM 2:22

CLERK _J. LaVictoire_
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

JAMAL DEMON MEANS, :
　　　　　　　　　　　　　　　　　　　:
　　　　　Petitioner, :
　　　　　　　　　　　　　　　　　　　:
vs. : CIVIL ACTION NO.: CV205-211
　　　　　　　　　　　　　　　　　　　:
JOSE VAZQUEZ, Warden, :
　　　　　　　　　　　　　　　　　　　:
　　　　　Respondent. :

### ORDER

Let a copy of this Report and Recommendation be served upon the parties. The parties will be allowed ten (10) days from the date of service of this Report and Recommendation to file objections. If no objections are made, this Report and Recommendation will be adopted as a record of the proceedings and may become the opinion and order of the Court. Nettles v. Wainwright, 677 F.2d 404 (5th Cir. Unit B 1982).

All requests for additional time to file any objections to this Report and Recommendation should be filed with the Clerk for consideration by the undersigned.

The Clerk of Court is directed to submit the Report and Recommendation with objections, if any, on or before the ___31st___ day of ___March___, 2006.

**SO ORDERED**, this ___15th___ day of March, 2006

　　　　　　　　　　　　　　　　　　　_/s/ James E. Graham_
　　　　　　　　　　　　　　　　　　　JAMES E. GRAHAM
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)